| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| vs. | | Case No. 4:11cr135 (Judge Crone) |
| KENNETH BUHOLTZ | | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Opposed Motion for Hearing on Forfeitability of Certain Assets and Dismissal of Lis Pendens (Dkt. #26) should be denied.

The Court, having made a *de novo* review of the objections raised by Defendant, as well as the Government's response to Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Opposed Motion for Hearing on Forfeitability of Certain Assets and Dismissal of Lis Pendens (Dkt. #26) is **DENIED** at this time.

SIGNED at Beaumont, Texas, this 13th day of September, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE